IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHERRY LYNN PHELPS** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of Social Security | : | NO.  13-5338 |

**O R D E R**

**AND NOW**, this 16th day of December, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF Document 12), Defendant's Response thereto (Document 15), and the Report and Recommendation ("R&R") of United States Magistrate Judge Marilyn Heffley (Doc. 18) to which no objections have been filed,[1] it is hereby **ORDERED** that:

1. Judge Heffley's R&R is **APPROVED** and **ADOPTED**;

2. The final decision of the Commissioner of Social Security denying Plaintiff social security disability benefits is **AFFIRMED** and a Judgment to that effect accompanies this Order;

3. The Clerk shall mark this case **CLOSED**.

BY THE COURT:

 s/ L. Felipe Restrepo
L. FELIPE RESTREPO
UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. § 636(b)(1) and Local R. Civ. P. 72.1(IV)(b), any party may, within 14 days, file written objections to the R&R, and the Court makes a *de novo* determination of those portions of the R&R to which there are objections.  Here, Judge Heffley found that the Commissioner's final decision denying social security disability benefits should be affirmed.